**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Dorna Sports, S.L.

                                            Plaintiff,

v.                                                          Case No.:
                                                            1:25−cv−09740
                                                            Honorable Jeremy
                                                            C. Daniel

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.

                                            Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 10, 2025:

    MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion to reconsider [20] is granted. The Court vacates the sanction imposed on September 2, 2025 in Dkt. No. 18. The reasoning set forth in that order still applies. However, upon further reflection, the Court thinks a warning is appropriate. As with the plaintiff's response to the rule to show cause, the plaintiff's motion for reconsideration largely misses the mark. It does not matter that the plaintiff considered the relief sought to be "narrowly tailored." What matters is that the plaintiff made claims that lack evidentiary support. How the plaintiff can allege in good faith that this defendant would do certain things when plaintiff&#039;s counsel concedes that he has not dealt with this defendant before is beyond this Court's comprehension. That the Court previously granted motions to seal does not help the plaintiff either. The issue is the plaintiff's conduct in this case, not prior cases. That the Court failed to appropriately scrutinize past motions to seal does not justify continued violations of Rule 11. The Court has learned from its mistakes and suggests that plaintiff's counsel do the same. That this is the first time the Court has called out the plaintiff's unsupported claims does not help plaintiff's counsel. "Repetition," as used in Rule 11, refers to future, not past, conduct. One cannot deter the past, plaintiff's arguments notwithstanding. Finally, there was nothing ambiguous about the rule to show cause order. The entire order centered on the plaintiff's motion to seal. (See R. 13.) Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.